| SPECIAL EVENT APPLICATION REQUEST<br>$25.00 Non-Refundable Application Fee Required.<br>Please attach any additional info to this form.<br><br>Return to:<br>Charlottesville Parks & Recreation<br>P.O. Box 911<br>Charlottesville, VA 22902 |  | FOR OFFICIAL USE ONLY<br>Organizational Status:<br>___ Non-Profit  ___ Commercial  ___ Independant<br>___ Maps Attached  ___ ABC Permit Required<br>___ Tent Permit Required  ___ License Verified |

## INDEMNITY RELEASE

In making this request, the applicant understands that the sponsor will hold harmless and indemnify the City, its officers, employees, and agents against injury, loss or damage occurring as a result of this special event. Sponsors of special events held on public property will be required to provide Special Event Liability Insurance in an amount not less than $1 million dollars, naming the City of Charlottesville, its officers, officials, employees and agents as an additional insured party to the contract. For additional information regarding this requirement please contact the Charlottesville Parks & Recreation Department at 970-3260.

Sponsor(s) Name: **Jason Kessler**

Address: **1013 B Altavista Ave**

Sponsor Telephone: **434 996 5567**

Event Contact Name: ( ) _____

Contact Address: **1013 B Altavista Ave**
**Charlottesville, Va 22902**

Contact Telephone: Office ( ) _____

Home ( ) _____

Cell (**434**) **996-5567**

*pdce 5/30/17*
*11:40am*
*May 30, 2017*
Date Application Received By P&R

APPLICANT SIGNATURE: *Jason Kessler*  DATE: **5/30/17**

DATE APPLICATION SUBMITTED: **5/30/17**

EVENT PURPOSE / BRIEF DESCRIPTION:

**Free speech rally in support of the Lee Monument**

EXHIBIT A

IDENTIFY EVENT CATEGORY: ___ CARNIVAL ✓ DEMONSTRATION ___ FAIR ___ FESTIVAL
___ FUNDRAISER ___ HISTORICAL CELEBRATION ___ MARATHON
___ RACE/WALK ___ PARADE ___ OTHER (Describe Other) _____

EVENT VENUE & LOCATION REQUESTED: Lee Park

LIST RACE/WALK STREET ROUTES, IF APPLICABLE (*A clear & legible map showing walk/run routes also requested –Please attach map to application*):

STREET CLOSING REQUESTED, IF SO INCLUDE LOCATIONS AND CLOSING /OPENING TIME(S): ___ YES ✓ NO
LOCATION(S): _____

CLOSING DATE(S) _____ CLOSING/OPENING TIME(S): FROM _____ am/pm UNTIL: _____ am/pm

10am JK

EVENT START DATE/TIME: Saturday 8/12/17 ~~10am~~  EVENT END DATE/TIME: Saturday 8/12/17 5pm
(WEEKDAY) (DATE) (TIME)                                      (WEEKDAY) (DATE) (TIME)

EVENT SET UP DATE/TIME (INCLUDE WEEKDAY): Saturday  8/12/17  12pm
(WEEKDAY) (DATE) (TIME)

EVENT BREAKDOWN DATE/TIME (INCLUDE WEEKDAY): _____
(WEEKDAY) (DATE) (TIME)

EVENT RAIN DATE REQUESTED: ___ YES ✓ NO  DATE REQUESTED: _____
(WEEKDAY) (DATE)

ESTIMATED # PARTICIPANTS: 400  WILL AMPLIFIED MUSIC BE USED: YES ___ NO ✓

IDENTIFY TYPE MUSICAL ENTERTAINMENT REQUESTED: ___ BAND ___ DISC-JOCKEY ___ OTHER

CITY UTILITIES NEEDED? YES ___ NO ✓ IDENTIFY TYPE UTILITIES NEEDED, IF APPLICABLE: _____

CITY EQUIPMENT REQUESTED, IS SO PLEASE IDENTIFY TYPE EQUIPMENT: ___ YES ✓ NO
IF YES, IDENTIFY TYPE EQUIPMENT REQUESTED: _____

OTHER CITY SERVICES REQUESTED ___ YES ✓ NO
Please identify the area of services needed including staff assistance if applicable): _____

PLEASE USE THIS SPACE TO PROVIDE A DIAGRAM OF HOW YOU PROPOSE TO SET UP THE EVENT VENUE SPACE



**IDENTIFY EVENT EQUIPMENT & QUANTITY OF EQUIPMENT TO BE PLACED IN/ON REQUESTED VENUE SPACE**

# OF BOOTHS _____   SIZE OF EACH BOOTH _____

# OF CANOPIES (Pop-Up) _____   SIZE OF EACH CANOPY _____

# OF TABLES _____   SIZE OF EACH TABLE _____

# OF TENTS _two (1)_ 10x10   SIZE OF EACH TENT _____ (900 sq. ft. & above will require Permit from City NDS Dept.)

# OF STANDS _____   SIZE OF EACH STAND _____

OTHER EQUIPMENT _____   (See Below)

**(PLEASE DESCRIBE OTHER EQUIPMENT REQUESTED FOR PLACEMENT):**
Please note if "other" equipment includes the use of a moon bounce and or inflatable carnival type rides and activities provided by a 3rd party vendor, proof of insurance by the vendor providing such equipment will be required. The 3rd party vendor shall provide a current certificate of insurance indicating at least $1 million in general liability and completed operations coverage and certificate of workers' compensation coverage, if applicable. Said insurance shall name the City of Charlottesville (including its officers, officials, employees and agents) as an additional insured party to the insurance contract. A copy of said documents must be provided to the Parks & Recreation Administration Office by the requested due date specified.

_____
_____
_____
_____
_____

ALCOHOLIC BEVERAGE INVOLVED IN THIS ACTIVITY: ___ YES _✓_ NO (If Yes please describe circumstances involved with the use of alcoholic beverage and if the activity involves the sale of alcohol at this event)

Describe:

_____
_____
_____
_____
_____

**HEALTH DEPARTMENT INFORMATION REQUESTED**

WILL FOOD BE DISTRIBUTED AT THIS EVENT: ___ YES _✓_ NO (If Yes a *Temporary Food Permit will be required by the State Health Department (Thomas Jefferson Health District (TJHD) located on Rose Hill Drive (434) 972-6259. Please provide the below information requested by the TJHD).*

NUMBER OF VENDORS ___ CONTACT NAME *(If different from Sponsor/Applicant):* _____

CONTACT TELEPHONE *(If different from Sponsor/Applicant):* _____

IS SITE EQUIPPED WITH WATER FAUCETS/FIXTURES: ___ YES _✓_ NO

MEANS OF WASTEWATER DISPOSAL:

_____

**Parks & Rec Admin**  Clerk: frn
PO Box 911
501 East Main Street
Charlottesville VA 22902
Phone: (434)970-3260
ST Tax ID: 0000723169
Fed Tax ID: 54-600-1202
Date: 05/30/2017 @ 11:46am

**internal zzzhousehold**

| Description | Ext Price |
|---|---|
| **Special Event Applic** <br> ITEM: BSE | 25.00 |

| | |
|---|---|
| Total New Fees | 25.00 |
| Discount Applied | 0.00 |
| **Total Due** | **25.00** |
| Total Fees Paid | 25.00 |
| **Total Paid** | **25.00** |

Payment of: 25.00 Made By:CREDIT Auth:
047607 Card#: xxxxxxxxxxxx5071

# Receipt # 1210253

# CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 06/05/2017

**PRODUCER**
East Main Street Insurance Services, Inc.
Will Maddux
PO Box 1298
Grass Valley, CA 95945
Phone: (530) 477-6521 Email: info@theeventhelper.com

THIS CERTIFICATION IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Evanston Insurance Company | 35378 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |

**INSURED**
Jason Kessler
1013 Altavista Ave Apt B
Charlottesville, VA 22902

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | Y | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR [ ] Host Liquor Liability GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC [ ] Retail Liquor Liability | 3DS5455-M1538832 | 08/12/2017 | 08/13/2017 | EACH OCCURRENCE (includes Bodily Injury & Property Damage) | $ 1,000,000 |
| | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | | | | | | DEDUCTIBLE | $ 1,000 |
| | | | | | | | $ |
| | | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC AUTO ONLY: AGG | $ $ |
| | | EXCESS/UMBRELLA LIABILITY [ ] OCCUR [ ] CLAIMS MADE [ ] DEDUCTIBLE [ ] RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | | | | WC STATUTORY LIMITS / OTHER | |
| | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**
Certificate holder listed below is named as additional insured per attached CG 20 26 07 04.
Attendance: 400, Event Type: Meeting - Outdoor.

**CERTIFICATE HOLDER**
Lee Park
201-299 2nd St NE
Charlottesville, VA 22902

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ~~ENDEAVOR TO MAIL~~ 30 DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, ~~BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.~~

**AUTHORIZED REPRESENTATIVE** *Will Maddux*

ACORD 25 (2001/08)   © ACORD CORPORATION 1988

# CITY OF CHARLOTTESVILLE
*"To be One Community Filled with Opportunity"*

Office of The City Manager
P.O. Box 911 • Charlottesville, Virginia 22902
Telephone 434-970-3101
Fax 434-970-3890
www.charlottesville.org



August 7, 2017
By Electronic and U.S. Mail

Dear Mr. Kessler:

    I write on behalf of the City's Department of Parks and Recreation in reference to your May 30, 2017 application for a permit to conduct a demonstration in Emancipation Park on August 12, 2017. While demonstrations are typically handled through that Department, the unprecedented size and scope of your rally at its proposed Downtown location requires me, as the City official charged with the general supervision and control of City property, to review your request in light of its significant impact on the community.

    Based on information provided to me by law enforcement officials, the City has decided to approve your application for a permit to hold a demonstration on the day and at the times requested, provided that you use McIntire Park, rather than Emancipation Park, for your demonstration. To the extent that the permit is deemed granted due to inaction within ten days of receipt of the application, the City hereby modifies the permit, based on the above-referenced information, to specify that the demonstration take place at McIntire Park. If you are unwilling to use the McIntire Park location, the permit for Emancipation Park is hereby denied pursuant to section 3.4.5 of the City's Standard Operating Procedure ("SOP") for Special Events and Demonstrations or, if the Permit is deemed granted due to inaction within ten days of receipt of the application, the City hereby revokes the permit pursuant to section 3.4.7 of the City SOP.

    Your permit application states that the demonstration will consist of approximately 400 people. However, in recent days it has come to the City's attention that many thousands of individuals are likely to attend the demonstration. Because Emancipation Park is a relatively confined space of just over one acre in a densely populated urban area with limited parking space, it is unable to accommodate safely even a peaceful crowd of this size. The City's law enforcement, fire and emergency medical services personnel cannot adequately protect people and property in and around Emancipation Park due to the number of anticipated attendees trying to occupy such a small and confined space. The Police Department also anticipates that the presence of such a large demonstration in Emancipation Park would require the closing of a section of East Market Street, leading to massive traffic congestion and shutting down a principal means of ingress and egress, for the duration of the 5 hour rally.

EXHIBIT B

A large demonstration at McIntire Park does not present the same problems. The use of McIntire Park will still require the deployment of considerable law enforcement resources, but the size, layout and other features of the Park will better enable the City's law enforcement and other emergency personnel to protect the attendees and the public. In contrast, holding such a large rally at Emancipation Park poses an unacceptable danger to public order and safety.

In our last conversation you were insistent that the rally take place at Emancipation Park. We ask that you reconsider that position. The City reserves all rights should you decide not to abide by the terms of your approved permit.

Sincerely,

*Maurice Jones*

Maurice Jones
City Manager

← **Mike Signer**                              ⋮



**Mike Signer** @MikeSigner · Jun 21       ⌄

It appears even the "Proud Boys" have disavowed the August 12 alt-right event for racist and bigoted content and speakers. #donttakethebait.

💬 4          ⟲          ♡ 9             ✉



**Mike Signer** @MikeSigner · Jun 21       ⌄

Proud to work w/my colleagues at @CvilleCityHall on Unity alternatives to KKK on July 8. unitycville.com.



City plans alternate events, urges ignoring Klan rally
dailyprogress.com

💬 1          ⟲ 3        ♡ 7



EXHIBIT
C

← **Mike Signer** ⋮

💬 1.2K  🔁 153.8K  ♡ 382.3K  ✉

**Mike Signer** @MikeSigner · Jun 22  ˅
Folks, this is the so-called "Proud Boys." My 9th grade locker room was more manly & advanced. #donttakethebait.



Alt Right Va @AltRightVa
pscp.tv

💬 4  🔁 5  ♡ 9  ✉

**Mike Signer** @MikeSigner · Jun 22  ˅
#stateoftheresistance

**Andrew Cain** @AndrewCainRTD
Quinnipiac pollster Peter Brown:

EXHIBIT D



**Mike Signer**
May 13 at 10:39pm •

Statement on the Demonstration at Lee Park

This event involving torches at night in Lee Park was either profoundly ignorant or was designed to instill fear in our minority populations in a way that hearkens back to the days of the KKK. Either way, as mayor of this City, I want everyone to know this: we reject this intimidation. We are a Welcoming City, but such intolerance is not welcome here.

👍 Like            💬 Comment            ↪ Share

👍❤😮 305

EXHIBIT E