CLERK'S OFFICE U.S. DIST. COU
AT ROANOKE, VA
FILED

AUG 11 2017

JULIA C DUDLEY CLERK
BY:
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JASON KESSLER, <br> Plaintiff, <br><br> v. <br><br> CITY OF CHARLOTTESVILLE <br><br> and <br><br> MAURICE JONES, <br> Charlottesville City Manager <br> In his official and individual capacities, <br><br> Defendants. | Case No. 3:17cv56 |

## DECLARATION OF MATEO GASPAROTTO

1. My name is Mateo Gasparotto. I have personal knowledge of the facts set forth herein and could competently testify thereto.

2. I was in Charlottesville, Virginia on August 10, 2017 where I took the attached pictures of three downtown City parks: Emancipation Park (Exhibit 1), Justice Park (Exhibit 2), and McGuffey Park (Exhibit 3).

3. Among other things, the pictures show that the City of Charlottesville has already begun preparations for demonstrations downtown including erecting no parking signs and bringing in metal barriers/fencing.

4. The pictures also provide a reference point for judging the relative size of the three parks which the City records I have inspected list as: Emancipation Park, 1.04 acres, Justice Park, .4 acres, and McGuffey Park, 1.1 acres.

5. Based on my personal observations, the attached Google satellite map of downtown Charlottesville (Exhibit 4) shows the relative proximity of the three parks with Emancipation Park in the middle with Justice Park roughly two blocks east and McGuffey Park roughly two blocks west.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge and ability.

Date: August 10, 2017    _____
                          Mateo Gasparotto









EXHIBIT 3



* Lee Park was officially renamed Emancipation Park by Charlottesville City Council on June 5, 2017

