IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
**Charlottesville Division**

| | |
|---|---|
| JASON KESSLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil No. 3:17CV56 |
| CITY OF CHARLOTTESVILLE, VIRGINIA | ) |
| | ) |
| and | ) |
| | ) |
| MAURICE JONES, | ) |
| Charlottesville City Manager | ) |
| In his official and individual capacities, | ) |
| | |
| Defendants. | |

**EXPEDITED MOTION FOR A PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER**

Pursuant to Fed. R. Civ. P. 65, Plaintiff, by counsel, respectfully requests that the Court grant him a temporary restraining order or preliminary injunction (1) enjoining the Defendants from revoking or modifying Plaintiff's permit for which he applied on May 30, 2017 to hold a demonstration in Emancipation Park on August 12, 2017; 2) enjoining Defendants to allow Plaintiff's permitted demonstration to go on as planned in Emancipation Park from 12pm to 5pm on August 12, 2017; and 3) enjoining Defendants to provide such security as may be necessary to protect the rights of the demonstrators and the public.

As more fully set forth in Plaintiff's Memorandum in Support, Plaintiff is likely to succeed on the merits of its claims and will suffer irreparable harm in the absence of preliminary relief.

The balance of equities tilts strongly in its favor, and an injunction protecting Plaintiff's constitutional rights is accord with the public interest.

Wherefore a preliminary injunction and or temporary restraining order should issue.

Respectfully submitted,

JASON KESSLER

By Counsel

Dated: August 10, 2017

Counsel for Plaintiff

  //s// Hope R. Amezquita
Hope R. Amezquita (VSB No. 74629)
Leslie C. Mehta(VSB No. 90437)
American Civil Liberties Foundation of Virginia, Inc.
701 E. Franklin St., Ste. 1412
Richmond, VA 23219
Phone: 804-644-8080
Fax: 804.649.2733
Email : lmehta@acluva.org
Email: hamezquita@acluva.org

//s// Victor M. Glasberg
Victor M. Glasberg (VSB No. 16184)
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
Phone: 703-684-1100
Fax: 703-684-1104
Email: vmg@robinhoodesq.com

John Whitehead (VSB No. 20361)
Douglas R. McKusick (VSB No.72201)
The Rutherford Institute
923 Gardens Boulevard
P.O. Box 7482
Charlottesville, Virginia 22906
Phone: 434-978-3888
Fax: 434-978-1789
Email: johnw@rutherford.org
       douglasm@rutherford.org

# CERTIFICATE OF SERVICE

I hereby certify that I emailed the foregoing to all counsel on August 10, 2017, and I will ensure that it is electronically filed with the Clerk of the Court using the CM/ECF system on August 11, 2017, which will send notification of such filing to the following:

S. Craig Brown, City Attorney
City Attorney's Office
P.O. Box 911
Charlottesville, VA 22902
Phone: (434-970-3101)
Fax: 434-970-3101
Email: brownc@charlottesville.org
*Counsel for Defendants*

Respectfully submitted,

//s// Hope R. Amezquita
Hope R. Amezquita (VSB No. 74629)
Leslie C. Mehta (VSB No. 90437)
American Civil Liberties Foundation of Virginia, Inc.
701 E. Franklin St., Ste. 1412
Richmond, VA 23219
Phone: 804-644-8080
Fax: 804.649.2733
Email : lmehta@acluva.org
Email: hamezquita@acluva.org

//s// Victor M. Glasberg
Victor M. Glasberg (VSB No. 16184)
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
Phone: 703-684-1100
Fax: 703-684-1104
Email: vmg@robinhoodesq.com

John Whitehead (VSB No. 20361)
Douglas R. McKusick (VSB No.72201)
The Rutherford Institute
923 Gardens Boulevard
P.O. Box 7482
Charlottesville, Virginia 22906
Phone: 434-978-3888
Fax: 434-978-1789
Email: johnw@rutherford.org
            douglasm@rutherford.org