# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**JASON KESSLER**

vs.

**CITY OF CHARLOTTESVILLE, VA, et al**

Action No: 317CV56
Date: 08/11/2017
Judge: Hon. Glen Conrad
Court Reporter: Sonia Ferris
Deputy Clerk: Susan Moody

Plaintiff Attorney(s)
Victor Glasberg, Esq., by telephone
Douglas McKusick, Esq.

Defendant Attorney(s)
S. Craig Brown, Esq., City Attorney
Edward Lowery, Esq. Amicus Kluge et al
Joshua Wheeler, Esq. Amicus Downtown Bus.

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:

Parties present by counsel for oral argument on pending expedited Motion for Preliminary Injunction and/or Motion for Temporary Restraining Order filed @ #5 w/ duplicate @ #9, Motion for Leave to file Amicus Brief by Kluge, et al, filed at #11, and Motion for Leave to file Amicus Brief by Downtown Business Owners Association filed at #18

Oral Argument and Rebuttal as reflected in the record. Opinion and Order to issue in near future.

Time in Court: 3:22 pm – 4:39 pm   1 hour 17 minutes