CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 11 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Moody
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON KESSLER, | ) |
| | ) Case No. 3:17-cv-00056 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CITY OF CHARLOTTESVILLE, VA and | ) By: Glen E. Conrad |
| MAURICE JONES, | ) United States District Judge |
| | ) |
| Defendant(s). | ) |

This matter is before the court on motions filed by John Kluge, Alight Fund, LLC, David Posner, and Hunter Smith, [11], and by the Downtown Business Association of Charlottesville [18] for leave to file *amicus curiae* briefs in support of the defendant's opposition to the plaintiff's motion for a temporary injunction filed earlier this day.

For good cause shown, and hearing no opposition from any party, the motions shall be and hereby are GRANTED. Further, counsel for such entities shall be and hereby are permitted to participate in such hearings and proceedings as may be conducted in this case.

The clerk is directed to certify copies of this order to all parties.

**ENTER:** This 11th day of August, 2017.

/s/ Glen E. Conrad
United States District Judge