CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 11 2017

JULIA C. DUDLEY, CLERK
BY: /s/ *illegible*
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON KESSLER, | ) |
| Plaintiff, | ) Civil Action No. 3:17CV00056 |
| v. | ) **ORDER** |
| CITY OF CHARLOTTESVILLE, VIRGINIA, et al., | ) By: Hon. Glen E. Conrad<br>) United States District Judge |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED**

that the plaintiff's motion for preliminary injunctive relief is **GRANTED**. The defendants are enjoined from revoking the plaintiff's permit to conduct a demonstration at Emancipation Park on August 12, 2017.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to all counsel of record.

DATED: This 11th day of August, 2017.

_/s/ Glen E. Conrad_
United States District Judge