IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JASON KESSLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil No. 3:17cv00056 |
| CITY OF CHARLOTTESVILLE, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Jason Kessler, by and through his counsel, respectfully provides notice of dismissal without prejudice of this matter on the grounds that this Court granted Plaintiff's Expedited Motion for a Preliminary Injunction and/or Temporary Restraining Order on August 11, 2017 rendering this matter moot.

No hearing is requested or required. Thus, Plaintiff requests that the Court rule without a hearing.

Dated: <u>August 21, 2017</u>

Respectfully submitted,

Counsel for Plaintiff
Jason Kessler

/s/  Leslie Mehta
Leslie Mehta (VSB No. 90437)
Hope R. Amezquita (VSB No. 74629)
American Civil Liberties Foundation of Virginia, Inc.
701 E. Franklin Street, Suite 1412
Richmond, VA 23219
Phone: (804) 644-8080
Fax: (804) 649-2733
Email: lmehta@acluva.org
Email: hamezquita@acluva.org

/s/ Victor M. Glasberg
Victor M. Glasberg (VSB No. 16184)
Maxwell C. Sokol (VSB No. 89589)
Victor M. Glasberg & Associates
121 S. Columbus Street
Alexandria, VA 22314
Phone: (703) 684-1100
Fax: (703) 684-1104
Email: vmg@robinhoodesq.com
Email: msokol@robinhoodesq.com

/s/ Douglas R. McKusick
John Whitehead (VSB No. 20361)
Douglas McKusick (VSB No. 72201)
The Rutherford Institute
923 Gardens Boulevard
Post Office Box 7482
Charlottesville, VA 22906
Phone: (434) 978-3888
Fax: (434) 978-1789
Email: johnw@rutherford.org
Email: douglasm@rutherford.org
*Counsel for Plaintiff Jason Kessler*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2017, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically an electronic copy on all counsel of record.

/s/ Leslie Mehta