| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts | | FOR COURT USE ONLY |
|---|---|---|---|
| *Please Read Instructions:* | **TRANSCRIPT ORDER** | | **DUE DATE:** |

| 1. NAME<br>Edward B. Lowry | 2. PHONE NUMBER<br>(434) 951-7200 | 3. DATE<br>8/21/2017 | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>500 Court Square, Suite 300, P.O. Box 298 | 5. CITY<br>Charlottesville | 6. STATE<br>VA | 7. ZIP CODE<br>22902 |
| 8. CASE NUMBER<br>3:17-cv-00056-GEC | 9. JUDGE<br>Conrad | DATES OF PROCEEDINGS | |
| | | 10. FROM 8/11/2017 | 11. TO 8/11/2017 |
| 12. CASE NAME<br>Jason Kessler v. City of Charlottesville and Maurice Jones | 13. CITY Charlottesville | LOCATION OF PROCEEDINGS | 14. STATE VA |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) | |
| CLOSING ARGUMENT (Defendant) | | Motion for Preliminary Inj. | 8/11/2017 |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | |
|---|---|---|
| 18. SIGNATURE *(signed) Lowry* | ESTIMATE TOTAL | 0.00 |
| 19. DATE<br>8/21/2017 | PROCESSED BY | |
| | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY