CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 29 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON KESSLER, | ) |
| Plaintiff, | ) Civil Action No. 3:17CV00056 |
| v. | ) **DISMISSAL ORDER** |
| CITY OF CHARLOTTESVILLE, VIRGINIA, et al., | ) By: Hon. Glen E. Conrad<br>) United States District Judge |
| Defendants. | ) |

This case is presently before the court on the plaintiff's notice of voluntary dismissal. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, a plaintiff has an absolute right to voluntarily dismiss an action prior to service by the defendants of an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1)(A)(i); see also Marex Titanic, Inc. v. Wrecked & Abandoned Vessel, 2 F.3d 544, 546 (4th Cir. 1993). Because no answer or motion for summary judgment has been filed in the instant case, the plaintiff is entitled to voluntary dismissal as a matter of right. Accordingly, it is hereby

**ORDERED**

that this action is **DISMISSED WITHOUT PREJUDICE** and shall be **STRICKEN** from the active docket of the court. See Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice [of voluntary dismissal] states otherwise, the dismissal is without prejudice.").

The Clerk is directed to send copies of this order to all counsel of record.

DATED: This 29th day of August, 2017.

/s/ Glen E. Conrad
United States District Judge